# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>G CLUB OPERATIONS, G CLUB INTERNATIONAL LIMITED, FFP (BVI) LIMITED, LAWALL & MITCHELL LLC, ET AL., MITCHELL, THE FRANCIS FIRM PLLC, WEDDLE LAW PLLC, ACASS CANADA LTD, G4S SECURITY SYSTEMS (HONG KONG) LTD., BERKELEY ROWE LIMITED, V.X. CERDA & ASSOCIATES P.A., and BOIES SCHILLER FLEXNER LLP,<br><br>Defendants. | Adv. Proc. Nos. 24-05249, 24-05056, 24-05199, 24-05110, 24-05168, 24-05188, 24-05226, 24-05204, 24-05186, 24-05134, 24-05313 |

### JOINT STATUS REPORT RE: ANSWER DATES FOR APPLICABLE ADVERSARY PROCEEDINGS AND REQUEST FOR ENTRY OF ORDER ESTABLISHING ANSWER DATES IN SAME

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{00415449.1}                                                       1

Pursuant to the Court's orders entered in certain of the Applicable Actions[2], counsel for the Applicable Defendants[3] and counsel for Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee" and, together with the Applicable Defendants, collectively, the "Parties") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, hereby file the following joint status report (the "Joint Status Report") concerning the filing of answers in the Applicable Actions and other matters. The Parties respectfully request that the Court enter the proposed order (the "Proposed Order") appended hereto setting establishing answer deadlines and resolving the dispute discussed herein.

1. Last month, the Court issued rulings and orders (the "Rulings") fully denying pending motions to dismiss judgment filed by the following Applicable Defendants: FFP [Adv. Proc. No. 24-05056 Docket No. 57], Lawall & Mitchell [Adv. Proc. No. 24-05199 Docket No. 64], Mr. Mitchell [Adv. Proc. No. 24-05110 Docket No. 59], The Francis Firm [Adv. Proc. No. 24-05168 Docket No. 63], Weddle Law [Adv. Proc. No. 24-05188 Docket No. 62], ACASS Canada [Adv. Proc. No. 24-05226 Docket No. 56], G4S [Adv. Proc. No. 24-05204 Docket No. 40], Berkeley Rowe [Adv. Proc. No. 24-05186 Docket No. 76], Cerda & Associates [Adv. Proc. No. 24-05134 Docket No. 48], Boies Schiller [Adv. Proc. No. 24-05313 Docket No. 28], and the

---

[2] The "Applicable Actions" are: *Despins v. ACA Capital Group Ltd.*, et al., Adv. Proc. No. 24-5249; *Despins v. FFP (BVI) Limited*, Adv. Proc. No. 24-05056; *Despins v. Lawall & Mitchell LLC*, et al., Adv. Proc. No. 24-05199; *Despins v. Mitchell*, Adv. Proc. No. 24-05110; *Despins v. The Francis Firm PLLC*, Adv. Proc. No. 24-05168; *Despins v. Weddle Law PLLC*, Adv. Proc. No. 24-05188; *Despins v. ACASS Canada LTD*, Adv. Proc. No. 24-05226; *Despins v. G4S Security Systems (Hong Kong) Ltd.*, Adv. Proc. No. 24-05204; *Despins v. Berkeley Rowe Limited*, Adv. Proc. No. 24-05186; *Despins v. V.X. Cerda & Associates P.A.*, Adv. Proc. No. 24-05134; and *Despins v. Boies Schiller Flexner LLP*, Adv. Proc. No. 24-05313.

[3] The "Applicable Defendants" are: G Club Operations LLC ("G Club Operations"); G Club International Limited ("G Club International" and, together with G Club Operations, collectively, the "G Club Defendants"); Lawall & Mitchell LLC ("Lawall & Mitchell"); Aaron Mitchell ("Mr. Mitchell"); The Francis Firm PLLC (the "Francis Firm"); Weddle Law PLLC ("Weddle Law"); ACASS Canada LTD ("ACASS Canada"); G4S Security Systems (Hong Kong) Ltd. ("G4S"); Berkeley Rowe Limited ("Berkeley Rowe"); V.X. Cerda & Associates P.A. ("Cerda & Associates"); and Boies Schiller Flexner LLP ("Boies Schiller").

G Club Defendants [Adv. Proc. No. 24-5249 Docket No. 133].[4] The Rulings directed the Trustee and the foregoing Applicable Defendants to confer regarding a deadline for these defendants to respond to the Trustee's complaint or amended complaint (as applicable).

2. Except for Boies Schiller, all of the Applicable Defendants filed motions requesting leave to pursue interlocutory appeals of the Rulings and/or the Joint Briefing Decision (collectively, the "Motions for Leave to Pursue Interlocutory Appeals"), *i.e.*:

    a.    FFP [Adv. Proc. No. 24-05056 Docket No. 44]; Lawall & Mitchell [Adv. Proc. No. 24-05199 Docket No. 56], Mr. Mitchell [Adv. Proc. No. 24-05110 Docket No. 51], The Francis Firm [Adv. Proc. No. 24-05168 Docket No. 50], G4S [Adv. Proc. No. 24-05204 Docket No. 33], Berkeley Rowe [Adv. Proc. No. 24-05186 Docket No. 62], Cerda & Associates [Adv. Proc. No. 24-05134 Docket No. 40], as to the Joint Briefing Decision only;

    b.    (b) Weddle Law [Adv. Proc. No. 24-5188 Docket Nos. 54, 63] and ACASS Canada [Adv. Proc. No. 24-5226 Docket Nos. 48, 57], as to both the Joint Briefing Decision and the applicable Rulings; and

    c.    the G Club Defendants [Adv. Proc. No. 24-5249 Docket No. 137], as to the applicable Ruling.

3. The Trustee has objected or will object to all of the Motions for Leave to Pursue Interlocutory Appeals.

---

[4] Prior to the issuance of the Rulings, the Court denied certain of these motions to dismiss in part pursuant to its *Memorandum of Decision and Order (I) Denying Joint Defendants' Motions to Dismiss or for Judgment on the Pleadings; (II) Denying in Part Other Defendants' Motions to Dismiss; and (III) Overruling in Part Zeisler & Zeisler, P.C.'s Objection to the Trustee's Motion for Judgment on the Pleadings* [Chapter 11 Case Docket No. 4189] (the "Joint Briefing Decision").

4. On May 5, 2025, via telephone, and numerous times since, via email, counsel for the Parties met and conferred with respect to setting an answer date for the Applicable Defendants in the Applicable Actions and otherwise addressing scheduling matters.

5. On May 19, 2025, the District Court denied the Motions for Leave to Pursue Interlocutory Appeals of:  FFP [Adv. Proc. No. 24-05056 Docket No. 44]; Lawall & Mitchell [Adv. Proc. No. 24-05199 Docket No. 56], Mr. Mitchell [Adv. Proc. No. 24-05110 Docket No. 51], The Francis Firm [Adv. Proc. No. 24-05168 Docket No. 50], G4S [Adv. Proc. No. 24-05204 Docket No. 33], Berkeley Rowe [Adv. Proc. No. 24-05186 Docket No. 62], Cerda & Associates [Adv. Proc. No. 24-05134 Docket No. 40], as to the Joint Briefing Decision only.  ECF No. 74, Case No. 3:25-cv-00404 (the "Leave Order").

6. The Trustee and Boies Schiller agree that Boies Schiller shall file an answer to the operative complaint in its Applicable Action by May 30, 2025.

7. The Trustee and Weddle Law and ACASS Canada have agreed to meet and confer further regarding these defendants' answer deadlines when the District Court has established deadlines for the Trustee to respond to these defendants' Motions for Leave to Pursue Interlocutory Appeals of the Rulings entered in the respective Applicable Actions.[5]

8. The Trustee and the G Club Defendants have agreed to meet and confer further on or around June 20, 2025, regarding the G Club Defendants' answer deadline.[6]

---

[5] The Trustee has agreed to defer seeking to immediately establish these defendants' answer deadlines in consideration of their consent to suspend the Trustee's objection deadlines as to their Motions for Leave to Pursue Interlocutory Appeals of the Rulings.  (The Trustee believes that it will be beneficial to review the District Court's decision resolving the Motions for Leave to Pursue Interlocutory Appeals of the Joint Briefing Decision before objecting to and/or consulting further with these defendants about their more recent motions.)

[6] This was in consideration of the G Club Defendants consenting to extend the Trustee's deadline to respond to their Motion for Leave to Pursue Interlocutory Appeal of the Ruling in their Applicable Action until June 20, 2025.

9. The Trustee and the remaining Appealing Defendants (*i.e.*, FFP, Lawall & Mitchell, Mr. Mitchell, The Francis Firm, Berkeley Rowe, G4S and Cerda & Associates (the "<u>Disagreeing Defendants</u>")) disagree regarding the deadlines for these defendants to file answers. Their positions are as follows:

    a. <u>Disagreeing Defendants' Position</u>: Disagreeing Defendants request that their deadline to answer be thirty (30) days after the entry of the Leave Order, June 18, 2025.

    b. <u>Trustee's Position</u>: The Trustee believes that the Disagreeing Defendants should file answers within fourteen (14) days from the filing of this Joint Status Report.

10. The Trustee and the Applicable Defendants further conferred regarding discovery. The Trustee advised that the Trustee is presently drafting a motion to amend litigation procedures applicable to avoidance actions that will include a protocol for discovery. The parties may confer further after the Trustee files this motion and the Applicable Defendants reserve their rights in respect to same.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order appended hereto establishing answer deadlines and resolving the dispute discussed above and grant such other and further relief as is just and proper.

*[Remainder of Page is Intentionally Blank. Signature Page(s) to follow.]*

| | |
|---|---|
| Dated: May 27, 2025<br>New Haven, CT | PLAINTIFF:<br>LUC A. DESPINS<br>CHAPTER 11 TRUSTEE<br><br>By: */s/ Patrick R. Linsey*<br>Douglas S. Skalka (ct00616)<br>Patrick R. Linsey (ct29437)<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor<br>New Haven, Connecticut 06510<br>(203) 781-2847<br>dskalka@npmlaw.com<br>plinsey@npmlaw.com<br>*Counsel for the Chapter 11 Trustee* |
| Dated: May 23, 2025<br>New Haven, CT | DEFENDANTS:<br>G CLUB OPERATIONS LLC; G CLUB INTERNATIONAL LIMITED; FFP (BVI) LIMITED; LAWALL & MITCHELL LLC; AARON MITCHELL; THE FRANCIS FIRM PLLC; WEDDLE LAW PLLC; ACASS CANADA LTD; G4S SECURITY SYSTEMS (HONG KONG ) LTD.; BERKELEY ROWE LIMITED; V.X. CERDA & ASSOCIATES P.A.; AND BOIES SCHILLER FLEXNER LLP<br><br>By: */s/ Jeffrey M. Sklarz*<br>Green & Sklarz LLC (ct20938)<br>Green & Sklarz LLC<br>One Audubon Street, 3rd Floor<br>New Haven, CT 06511<br>203-285-8545<br>Email: jsklarz@gs-lawfirm.com |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>Jointly Administered |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>G CLUB OPERATIONS, G CLUB INTERNATIONAL LIMITED, FFP (BVI) LIMITED, LAWALL & MITCHELL LLC, ET AL., MITCHELL, THE FRANCIS FIRM PLLC, WEDDLE LAW PLLC, ACASS CANADA LTD, G4S SECURITY SYSTEMS (HONG KONG) LTD., BERKELEY ROWE LIMITED, V.X. CERDA & ASSOCIATES P.A., and BOIES SCHILLER FLEXNER LLP,<br><br>Defendants. | Adv. Proc. Nos. 24-05249, 24-05056, 24-05199, 24-05110, 24-05168, 24-05188, 24-05226, 24-05204, 24-05186, 24-05134, 24-05313 |

# ORDER ESTABLISHING
# ANSWER DATES IN APPLICABLE ADVERSARY PROCEEDINGS

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Upon the *Joint Status Report Re: Answer Dates For Applicable Adversary Proceedings And Request For Entry Of Order Establishing Answer Dates In Same* (the "Report and Request")[2] filed by the Applicable Defendants[3] and counsel for Luc A. Despins, in his capacity as Chapter 11 Trustee (the "Trustee" and, together with the Applicable Defendants, collectively, the "Parties") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok, the Court hereby **ORDERS** the following:

1. Boies Schiller shall file an answer in its Applicable Action by May 30, 2025.

2. As to FFP, Lawall & Mitchell, Mr. Mitchell, The Francis Firm, Berkeley Rowe, G4S and Cerda & Associates, such defendants' deadline to answer shall be _____.

---

[2] Capitalized terms not expressly defined herein shall adopt the meanings ascribed to them in the Report and Request.

[3] The "Applicable Defendants" are: G Club Operations LLC ("G Club Operations"); G Club International Limited ("G Club International" and, together with G Club Operations, collectively, the "G Club Defendants"); Lawall & Mitchell LLC ("Lawall & Mitchell"); Aaron Mitchell ("Mr. Mitchell"); The Francis Firm PLLC (the "Francis Firm"); Weddle Law PLLC ("Weddle Law"); ACASS Canada LTD ("ACASS Canada"); G4S Security Systems (Hong Kong) Ltd. ("G4S"); Berkeley Rowe Limited ("Berkeley Rowe"); V.X. Cerda & Associates P.A. ("Cerda & Associates"); and Boies Schiller Flexner LLP ("Boies Schiller").